SilvermanAcampora LLP

Randy J. Schaefer
Counsel to the Firm

Direct Dial: 516.479.6339
Direct Fax: 516.945.6339
RSchaefer@SilvermanAcampora.com

March 27, 2009

**VIA ECF and FIRST CLASS MAIL**
Honorable James M. Peck
United State Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 601
New York, New York 10004

    **Re:**    **L.I.D. Ltd.**
             **Chapter 11**
             **Case No.: 07-10725-JMP**
             **L.I.D. vs. Zunino Associates, Inc., d/b/a Five J's Jewelers**
             **Adv. Pro No.: 08-01079-JMP**
             **Our File No.: 055430**

Honorable Sir:

      We are counsel to L.I.D. Ltd. (the "Debtor'). By Notice of Motion dated July 31, 2008, the Debtor moved for the entry of a default judgment against Zunino Associates, Inc. which motion was docketed on the Court's docket as document number 8.

      After serving our motion, Defendant contacted the undersigned counsel to the Debtor to resolve the matter but, it was not resolved. By this letter the Debtor hereby withdraws the Notice and Motion Under Bankruptcy Rule 7055 Granting a Default Judgment Against Zunino Associates, Inc. (docket no. 8).

      Since the settlement discussions have failed, we will re-file and re-serve a new motion for default.

      Should you have any questions regarding this matter, please do not hesitate to have a member of Your Honor's staff contact me.

                                                     Respectfully,

                                                     *s/ Randy J. Schaefer*

                                                     Randy J. Schaefer

RJS:bhs

cc:    Ronald J. Friedman, Esq.