UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 07-10725

CHAPTER 11

DEBTOR: L.I.D., LTD.

OPERATING STATEMENT
FOR THE QUARTER ENDED DECEMBER 31, 2009

DEBTOR'S ADDRESS: PO BOX 990048
BOSTON, MA 02199

DEBTOR'S ATTORNEY: RONALD FRIEDMAN
SILVERMAN ACAMPORA LLP
100 JERICHO QUADRANGLE
JERICHO, NY 11753

DISBURSEMENTS FOR THE QUARTER: $ 65,066

OPERATING PROFIT FOR THE QUARTER: 273

REPORT PREPARER: MARK BOUCHER

THIS OPERATING STATEMENT MUST BE SIGNED BY A REPRESENTATIVE OF THE DEBTOR

The undersigned, having reviewed the attached report and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury, that the information contained therein is complete, accurate and truthful to the best of my knowledge.

1/14/10
DATE

M. Boucher
MARK L BOUCHER
for Consensus Advisory Services, LLC - Distribution Agent

L.I.D. Ltd.
(Debtor in Possession)
Case #07-10725

### Statement of Operations
### For the quarter ended December 31, 2009
### (unaudited)

| | 7/1/2009 Through 12/31/2009 | Cumulative 3/17/2007 Through 12/31/2009 |
|---|---:|---:|
| Net Sales | | 47,197,480 |
| Cost of goods sold | - | 81,726,013 |
| Gross profit | - | (34,528,533) |
| **Operating expenses:** | | |
| *Selling:* | | |
| Salaries | | 637,783 |
| Payroll taxes | | 115,599 |
| Commissions | | - |
| Consulting | | 420,854 |
| Trade show expense | | 56,226 |
| Travel and entertainment | | 97,297 |
| Advertising | - | 222,999 |
| | - | 1,550,758 |
| *General and administrative:* | | |
| Salaries | | 692,973 |
| Payroll Taxes & Health Insurance | | 159,366 |
| Rent | 501 | 747,639 |
| Computer | | 31,179 |
| Communication | | 60,370 |
| Insurance: | | |
| Accounts receivable credit insurance | | 2,244 |
| General | (1,281) | 92,748 |
| Office supplies | 42 | 22,138 |
| Outside services | | 9,936 |
| Alarm protection | | 43,586 |
| Shipping and postage | | 94,949 |
| Displays and showcases | | 22,816 |
| Depreciation and amortization | | 631,929 |
| Contributions | | - |
| Bad debt expense | | 2,708,307 |
| Miscellaneous | 465 | 235,575 |
| | (273) | 5,555,755 |
| Operating expenses | (273) | 7,106,513 |
| Operating income (loss) | 273 | (41,635,046) |
| Interest expense | - | 3,624,509 |
| Loss before provision for income taxes | 273 | (45,259,555) |
| Provision for income taxes | - | 61 |
| Loss from continuing operations | 273 | (45,259,616) |
| **Reorganization expenses:** | | |
| US Trustee Fees | 1,950 | 69,325 |
| Distribution Agent Fee | 10,500 | 48,300 |
| Chapter 11 Professional Fees | 6,608 | 3,112,652 |
| | 19,058 | 3,230,277 |
| Loss from discontinued operations (aircraft) | - | 349,867 |
| Net loss | (18,785) | (48,839,760) |
| Retained earnings, beginning of period | (59,942,029) | (11,121,054) |
| Accumulated deficit, end of period | $ (59,960,814) | $ (59,960,814) |

L.I.D. Ltd.
(Debtor in Possession)
Case #07-10725

## Statement of Assets, Liabilities and Shareholders' Equity
### As of December 31, 2009
### (unaudited)

### ASSETS

| | | | |
|---|---|---:|---|
| **Current assets:** | | | |
| Cash | $ | 77,203 | |
| Accounts receivable, net | | 369,649 | |
| Inventories, net of reserves | | - | Note 6 |
| Due from related parties | | 66,404,230 | Note 1 |
| Due from shareholder | | 19,160 | |
| Deferred tax assets | | - | |
| Prepaid expenses and other current assets | | 251,453 | |
| Total current assets | | 67,121,695 | |
| | | | |
| Property and equipment, net | | - | |
| | | | |
| Investments | | - | |
| | | | |
| Deferred tax assets | | - | |
| | $ | 67,121,695 | |

### LIABILITIES AND SHAREHOLDER'S EQUITY (DEFICIT)

| | | | |
|---|---|---:|---|
| **Post Petition Liabilities** | | | |
| Accounts payable | $ | - | Note 2 |
| Due to related parties | | 3,765,704 | Note 3, 5 |
| Due to shareholder | | 137,047 | Note 3, 5 |
| Accrued expenses and other current liabilities | | 472,970 | Note 2 |
| Chapter 11 Professional Fees Payable | | 23,041 | |
| US Trustee's Fees Payable | | - | |
| Total current liabilities | | 4,398,762 | |
| | | | |
| **Pre Petition Liabilities** | | | |
| Accounts payable | | 2,218,439 | Note 7 |
| Notes payable - banks | | 4,642,675 | Note 4 |
| Due to related parties | | 61,029,014 | Note 3, 5 |
| Due to Shareholder | | 49,753,619 | Note 3, 5 |
| Accrued expenses and other current liabilities | | - | |
| | | 117,643,747 | |
| | | | |
| Commitments and contingencies | | | |
| | | | |
| **Shareholder's equity:** | | | |
| Common stock, no par value: | | | |
| Authorized - 1,000 shares | | | |
| Issued and outstanding - 1,000 shares | | 40,000 | |
| Additional paid-in capital | | 5,000,000 | |
| Retained earnings (Accumulated deficit) | | (59,960,814) | |
| Total shareholder's equity | | (54,920,814) | |
| | | | |
| | $ | 67,121,695 | |
| | | - | |

L.I.D. Ltd.
(Debtor in Possession)
Case #07-10725

# Notes to Statement of Assets, Liabilities and Shareholders' Equity
## As of December 31, 2009
### (unaudited)

**Note 1**  Due from Related Parties is comprised of the following:

|  | As of 12/31/09 |
|---|---:|
| Four Points Corporation | - |
| L.I.D. Hong Kong | 1,502,097 |
| L.I.D. Japan Co. LTD | 486,199 |
| L.I.D. Jewelry India PVT. LTD | 64,306,193 |
| L.I.D. LA | 109,741 |
|  | 66,404,230 |

Received full settlement payment from Four Points on 9/30/08
The Four Points Balance had been written down by $740,960 to reflect the settlement agreement

**Note 2**  All post petition accounts payable are current

**Note 3**  Due to Related Parties is comprised of the following:

|  | Pre Petition Liabilities | Post Petition Liabilities |
|---|---:|---:|
| L.I.D. (Hong Kong) | 43,460 | - |
| L.I.D. (Japan) | 145,281 | - |
| L.I.D. Jwl (India) Private Ltd. | 60,840,273 | 3,765,704 |
|  | 61,029,014 | 3,765,704 |

**Note 4**  Pre Petition Liabilities - Notes Payable to Banks was reduced by $31,330,220. The proceeds for the debt repayment were principally from the inventory auction which occurred on 5/14/08 as well as through the collection of accounts receivables

**Note 5**  Included in Post Petition Liabilities liabilities to L.I.D. Jwl (India) Private Ltd. And L.I.D. Israel. These liabilities result from goods being shipped by these entities to the Debtor for the post petition period. This activity have been subject to Cash Collateral Orders which allowed for the shipment of goods but **specifically excluded full payment** to the affiliates.
Additionally, the liability to L.I.D. Jwl (India) Private Ltd is offset in part by post petition receivables for goods shipped by the Debtor for remanufacture. This activity was also subject to the Cash Collateral Orders.

**Note 6**  On May 14, 2008 the Debtor held an auction subject to Section 363 for all of it's inventory
The inventory was sold on 5/14/08 at the auction and delivered by 5/23/08.
Proceeds were released from escrow as the goods were delivered.

**Note 7**  On November 11, 2008 LID paid $192,669 to its unsecured creditors as part of its confirmed liquidation plan. Unsecured creditors received 100 cents on the dollar for their claims.

L.I.D. Ltd.
(Debtor in Possession)
Case #07-10725

Schedule of Cash Receipts and Disbursements
For Period 10/1/09 to 12/31/09
(unaudited)

October 1, 2009 through December 31, 2009

| | Sovereign - Operating (Acct #357 -2101-514) | Leumi - Checking (Closed) | ABN Amro (Closed) | HSBC (Closed) | Sovereign-RI (Closed) | HSBC - DIP Savings (Closed) | B of A Distribution Acct | Total |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| Cash, beginning of period | $ 140,988 | - | - | - | - | - | - | $ 140,988 |
| **Receipts** | | | | | | | | |
| Collection of Accounts Receivable | - | - | - | - | - | - | - | - |
| Other Receipts | 1,281 | - | - | - | - | - | - | 1,281 |
| Voided Checks | - | - | - | - | - | - | - | - |
| Intra-Company Transfers | - | - | - | - | - | - | - | - |
| Total Receipts | 1,281 | - | - | - | - | - | - | 1,281 |
| **Disbursements** | | | | | | | | |
| Insurance | - | | | | | | | - |
| Alarm Protection | - | | | | | | | - |
| Blue Skies Aircraft Holdings | - | | | | | | | - |
| Chapter 11 Professionals | 17,108 | | | | | | | 17,108 |
| Stalking Horse Fees | - | | | | | | | - |
| Computer/IT | - | | | | | | | - |
| Consulting | - | | | | | | | - |
| Copy Machine Lease | - | | | | | | | - |
| Dues and Subscriptions | - | | | | | | | - |
| Health, Dental & Life Insurance (Cobra) | - | | | | | | | - |
| Interest | - | | | | | | | - |
| Janitorial | - | | | | | | | - |
| Jewelers Block | - | | | | | | | - |
| Lenders Group Fees | - | | | | | | | - |
| Manufacturing | - | | | | | | | - |
| Marketing | - | | | | | | | - |
| Miscellaneous | 465 | | | | | | | 465 |
| Moving Costs | - | | | | | | | - |
| Office Supplies | 42 | | | | | | | 42 |
| Outside Services (UCC) | - | | | | | | | - |
| Payroll | - | | | | | | | - |
| Payroll Taxes | - | | | | | | | - |
| Principal & Interest | 45,000 | | | | | | | 45,000 |
| Rent | 501 | | | | | | | 501 |
| Shipping | - | | | | | | | - |
| Show Case Displays | - | | | | | | | - |
| Telephone | - | | | | | | | - |
| Travel & Entertainment | - | | | | | | | - |
| U.S. Trustee's Fees | 1,950 | | | | | | | 1,950 |
| Financing Fees | - | | | | | | | - |
| Payment to Unsecured Creditors | - | | | | | | | - |
| Intra-Company Transfers | - | | | | | | | - |
| Total Disbursements | 65,066 | - | - | - | - | - | - | 65,066 |
| Net Cash Flow | (63,785) | - | - | - | - | - | - | (63,785) |
| Cash, end of period | $ 77,203 | - | - | - | - | - | - | $ 77,203 |

Total Disbursements, net of Intra-Company Transfers   65,066
                                                      -
                                                     65,066
                                                        (0)

Cumulative since Filing Date (March 17, 2007)

| | Sovereign - Operating (Acct #357 -2101-514) | Leumi - Checking (Closed) | ABN Amro (Closed) | HSBC (Closed) | Sovereign-RI (Closed) | HSBC - DIP Savings (Closed) | B of A Distribution Acct | Total |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| Cash, beginning of period | $ 2,879 | $ 31,401 | $ 7,788 | $ 7,553 | $ 86,833 | $ - | $ - | $ 136,454 |
| **Receipts** | | | | | | | | |
| Collection of Accounts Receivable | 15,727,608 | - | 238 | - | - | - | - | 15,727,846 |
| Other Receipts | 34,074,849 | 76,826 | 1,144 | 48,350 | 340 | 21,769 | - | 34,223,278 |
| Voided Checks | 31,715 | 22,344 | - | - | - | - | 1,280 | 55,339 |
| Intra-Company Transfers | 2,030,135 | 1,267,066 | 2,278,923 | 1,298,250 | 1,979,600 | 2,000,000 | 200,000 | 11,053,974 |
| Total Receipts | 51,864,307 | 1,366,236 | 2,280,305 | 1,346,600 | 1,979,940 | 2,021,769 | 201,280 | 61,060,437 |
| **Disbursements** | | | | | | | | |
| Insurance | 68,347 | | | | | | | 68,347 |
| Alarm Protection | 30,158 | | | | | | | 30,158 |
| Blue Skies Aircraft Holdings | 133,946 | | | | | | | 133,946 |
| Chapter 11 Professionals | 2,652,630 | | | | | | | 2,652,630 |
| Stalking Horse Fees | 538,644 | | | | | | | 538,644 |
| Computer/IT | 26,698 | | | | | | | 26,698 |
| Consulting | 469,365 | | | | | | | 469,365 |
| Copy Machine Lease | 1,046 | | | | | | | 1,046 |
| Dues and Subscriptions | 4,839 | | | | | | | 4,839 |
| Health, Dental & Life Insurance (Cobra) | 231,505 | | | | | | | 231,505 |
| Interest | | 591,530 | 928,188 | 601,952 | 1,010,960 | | | 3,132,610 |
| Janitorial | 8,115 | | | | | | | 8,115 |
| Jewelers Block | 135,266 | | | | | | | 135,266 |
| Lenders Group Fees | | | 75,000 | | | | | 75,000 |
| Manufacturing | 1,410,145 | | | | | | | 1,410,145 |
| Marketing | 357,538 | | | | | | | 357,538 |
| Miscellaneous | 52,651 | 1,986 | 1,362 | 886 | 295 | 246 | | 57,426 |
| Moving Costs | 84,844 | | | | | | | 84,844 |
| Office Supplies | 27,382 | | | | | | | 27,382 |
| Outside Services (UCC) | 2,730 | | | | | | | 2,730 |
| Payroll | 1,011,217 | | | | | | | 1,011,217 |
| Payroll Taxes | 394,359 | | | | | | | 394,359 |
| Principal & Interest | 33,866,287 | 804,121 | 1,283,563 | 751,315 | 1,055,518 | | | 37,760,804 |
| Rent | 869,828 | | | | | | | 869,828 |
| Shipping | 225,128 | | | | | | | 225,128 |
| Show Case Displays | 11,412 | | | | | | | 11,412 |
| Telephone | 60,481 | | | | | | | 60,481 |
| Travel & Entertainment | 123,733 | | | | | | | 123,733 |
| U.S. Trustee's Fees | 72,350 | | | | | | | 72,350 |
| Financing Fees | 25,000 | | | | | | | 25,000 |
| Payment to Unsecured Creditors | | | | | | | 201,280 | 201,280 |
| Intra-Company Transfers | 8,894,339 | | | | | 2,021,523 | | 10,915,862 |
| Total Disbursements | 51,789,983 | 1,397,637 | 2,288,093 | 1,354,153 | 2,066,773 | 2,021,769 | 201,280 | 61,119,688 |
| Net Cash Flow | 74,324 | (31,401) | (7,788) | (7,553) | (86,833) | - | - | (59,251) |
| Cash, end of period | $ 77,203 | - | - | - | - | - | - | $ 77,203 |

L.I.D. Ltd.
(Debtor in Possession)
Case #07-10725

**Detail Schedule of Cash Disbursements**
For Period 10/1/09 to 12/31/09
(unaudited)

| Date | Check # | Payee | Total Disbursement | Disbursement excluding Transfers |
|---|---|---|---:|---:|
| **Sovereign Checking** | | | | |
| 10/06/2009 | 3026 | Consensus Advisory Services | 45,000.00 | 45,000.00 |
| 10/06/2009 | | Consensus Advisory Services | 10,500.00 | 10,500.00 |
| 10/06/2009 | | Consensus Advisory Services | 41.66 | 41.66 |
| 10/15/2009 | 3027 | Publice Storage Inc | 501.00 | 501.00 |
| 10/15/2009 | 3028 | US Trustee Payment Center | 1,950.00 | 1,950.00 |
| 10/15/2009 | | | 105.00 | 105.00 |
| 10/30/2009 | | | 50.00 | 50.00 |
| 11/09/2009 | 3029 | Silverman Acampora LLP | 3,075.24 | 3,075.24 |
| 11/16/2009 | | | 105.00 | 105.00 |
| 11/30/2009 | | | 50.00 | 50.00 |
| 12/11/2009 | | | 105.00 | 105.00 |
| 12/21/2009 | 3030 | Silverman Acampora LLP | 3,532.72 | 3,532.72 |
| 12/31/2009 | | | 50.00 | 50.00 |
| **Total - Sovereign Checking** | | | **65,065.62** | **65,065.62** |
| **Total Disbursements** | | | **65,065.62** | **65,065.62** |

L.I.D. Ltd.
(Debtor in Possession)
Case #07-10725

Summary of Accounts Receivable
As of December 31, 2009
(unaudited)

|  | Aging - Invoice Age | | | | |
| --- | --- | --- | --- | --- | --- |
|  | Current | 1 to 30 | 31 to 60 | 61 to 90 | Over 91 | Total |
| Total Accounts Receivable |  |  |  |  | 67,355,244 | 67,355,244 |
| Related Party / Shareholder Balances |  |  |  |  |  |  |
| Four Points Corporation |  |  |  |  | - | - |
| L.I.D. Hong Kong |  |  |  |  | 1,502,098 | 1,502,098 |
| L.I.D. Japan Co. LTD |  |  |  |  | 486,199 | 486,199 |
| L.I.D. Jewelry India PVT. LTD |  |  |  |  | 64,306,193 | 64,306,193 |
| L.I.D. LA |  |  |  |  | 109,741 | 109,741 |
| Other |  |  |  |  | 19,160 | 19,160 |
| Total Related Party Balances | - | - | - | - | 66,423,391 | 66,423,391 |
| Accounts Receivable less Related Parties | - |  |  | - | 931,853 | 931,853 |
| Allowance for Doubtful Accounts |  |  |  |  |  | (562,204) |
| Trade Accounts Receivable, net |  |  |  |  |  | 369,649 |

**L.I.D. Ltd.**
**(Debtor in Possession)**
**Case #07-10725**

**Statement on Unpaid Post-Petition Taxes**

This statement is to confirm that L.I.D. Ltd has no unpaid post-petiton taxes other than general corporate income taxes which will be determined in accordance with the year-end tax returns.

Mark L. Boucher

L.I.D. Ltd.
(Debtor in Possession)
Case #07-10725

Statement f Payroll Taxes Paid
For Period 10/1/09 to 12/31/09
(unaudited)

| Check Date | Social Security | | Medicare | | Federal Withholding Tax | FUCA Tax | NY State Income Tax | NY City Tax | NY State SUTA | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | Employee | Employer | Employee | Employer | | | | | | |
| Total | - | - | - | - | - | - | - | - | - | - |

Note
Final LID payroll was 5/30/08. There are no employees as of 5/31/08 as all have been terminated. No additional payroll tax liability will be incurred.

**L.I.D. Ltd.**
**(Debtor in Possession)**
**Case #07-10725**

**Statement on Insurance**

This statement is to confirm that L.I.D. Ltd has paid all insurance premiums including those of current workers' compensation, property, and general liability coverage for the current period

Mark L. Boucher

**L.I.D. Ltd.**
**(Debtor in Possession)**
**Case #07-10725**

**List of Bank Accounts**

| Name | Type | Account # | Tab # |
|---|---|---|---|
| Sovereign - Checking - NYC | Operating | 357-2101-514 | Tab #1 |
| Leumi - Checking | Non-Operating | Closed | NA |
| ABN Amro | Non-Operating | Closed | NA |
| HSBC | Non-Operating | Closed | NA |
| Sovereign - RI | Non-Operating | Closed | NA |
| HSBC - DIP Savings | DIP Savings | Closed | NA |
| Bank of America | Unsecured Creditor Distribution | Closed | Tab #2 |

# TAB 1

L.I.D. Ltd.
(Debtor in Possession)
Case #07-10725

**Bank Reconciliations**
12/31/09

**Sovereign Checking NYC**
(Account #357-2101-514)
GL # 01-01-0009
unaudited

|  |  |
|---|---|
| Book Balance | $ 77,203.36 |
| Outstanding Checks | - |
| Balance per Bank | - |
| Adjusted Bank Statement | 77,203.36 |
| Bank Deposit Adjustment | - |
| **Actual Bank Balance** | **77,203.36** |
| Variance | - |

**Outstanding Checks**
**Sovereign Checking NYC**
GL # 01-01-0009

|  |  |
|---|---|
|  | - |
| Total Outstanding | - |

# CORPORATE BANKRUPTCY

Statement Period 12/01/09 - 12/31/09

L I D LTD

Account # 3572101514

## Balances

| Beginning Balance | $80,037.14 | Ending Balance | $77,203.36 |
|---|---|---|---|
| Deposits/Credits | + $853.94 | Average Daily Balance | $80,061.11 |
| Withdrawals/Debits | $3,687.72 | | |

## Service Fees

| | Date | # Transactions | Fee | Total |
|---|---|---|---|---|
| MONTHLY MAINTENANCE FEE | 12/31/09 | 1 | 50.00 | $50.00 |
| Total | | | | $50.00 |

## Checks Posted

| Check # | Date Paid | Amount | Reference # | Check # | Date Paid | Amount | Reference # |
|---|---|---|---|---|---|---|---|
| 3030 | 12/28 | $3,532.72 | 631074400 | | | | |

1 Check(s) Posted = $3,532.72

An asterisk (*) indicates a skip in sequential check numbers which may be caused by one of the following:
* A check not yet received
* A check that was converted to an electronic transaction, which will be listed in the "Electronic Checks Posted" section below. If no checks were electronically converted, this section will not appear.

## Account Activity

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 12-01 | Beginning Balance | | | $80,037.14 |
| 12-10 | DEPOSIT | $426.97 | | $80,464.11 |
| 12-11 | ANALYSIS FEES ANALYSIS 113009 3572101514 | | $105.00 | $80,359.11 |
| 12-14 | DEPOSIT | $426.97 | | $80,786.08 |
| 12-28 | CHECK 3030 | | $3,532.72 | $77,253.36 |
| 12-31 | TOTAL SERVICE FEES | | $50.00 | $77,203.36 |
| 12-31 | Ending Balance | | | $77,203.36 |

# TAB 2

**L.I.D. Ltd.**
(Debtor in Possession)
Case #07-10725

**Bank Reconciliations**
12/31/09

**Bank of America - Unsecured Creditors**
  **Distribution Account**
  (Account # 0046 2303 4284)
  (unaudited)

| | | |
|---|---|---|
| Book Balance | $ | - |
| Outstanding Check | | - |
| Balance per Books | | - |
| Bank Fee | | |
| **Actual Bank Statement** | | - |
| Variance | | - |

**Account is Closed - 6/30/09**