UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Docket No. 07-10725 |
| L.I.D., LTD. | New York, New York |
| | August 10, 2007 |
| Debtor. | |

TRANSCRIPT OF CHAPTER 11 CONT'D. FINAL HEARING
RE USE OF CASH COLLATERAL
BEFORE THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE

A P P E A R A N C E S :

For the Debtor:           **ROCHELLE R. WEISBURG, ESQ.**
                          Shiboleth, Yisraeli, Roberts
                            & Zisman, LLP
                          One Penn Plaza, Suite 2527
                          New York, New York 10119
                          (212) 244-4111; (212) 563-7108 fax

For the creditor,         **FREDERICK E. SCHMIDT, ESQ.**
Bank Leumi:               Herrick, Feinstein LLP
                          Two Park Avenue
                          New York, New York 10016
                          (212) 592-5941; (212) 545-3474 fax

For the Creditor, HSBC:   **HENRY G. SWERGOLD, ESQ.**
                          Platzer, Swergold, Karlin, Levine,
                            Goldberg & Jaslow, LLP
                          1065 Avenue of the Americas
                          New York, New York 10018
                          (212) 593-3000; (212) 593-0353 fax

For the Creditor,         **LAURA METZGER, ESQ.**
ABN AMRO Bank:            Mayer, Brown, Rowe & Maw, LLP
                          1675 Broadway
                          New York, New York 10019-5820
                          (212) 506-2509; (212) 849-5509 fax

For the Creditor,         **DAVID H. FLYNN, ESQ.**
Sovereign Bank:           Sovereign Bank
                          1010 Farmington Avenue
                          West Hartford, Connecticut 06107
                          (860) 570-3290; (860) 523-5638

Transcriber:              AAA Electronic Sound Reporters
                          (888) 886-5135; (800) 860-5722 fax

Proceedings recorded by electronic sound recording, transcript
produced by transcription service.

```
                                    INDEX

 1    WITNESSES                 DIRECT  CROSS  REDIRECT   RECROSS

 2    No witnesses

 3

 4

 5

 6

 7

 8

 9    EXHIBITS   DESCRIPTION                   MARKED   RECEIVED

10    No documents

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    MR. SWERGOLD:  Good, Your Honor.  Well, it's deja vu

2  all over.  It's raining, we're here.  I am happy to report that

3  -- and I apologize for keeping the Court waiting.  We had the

4  usual matter of banks having to get -- contacting their clients,

5  that we have a consensual cash collateral order.

6    I am going to go back to my office.  I have to make

7  two changes to the budget.  We've made all the changes here, so

8  there's no scribbling to be done or changes to be made on that

9  order.  I'm just going to send out the email with a redline.

10  I've told everyone what changes I'm making to the budget.  It's

11  just I forgot to bring it in Excel on my computer.  I only have

12  it in PDF.  And we should be good.

13    The CRO process is moving forward.  We have put some

14  hard dates in it.  I don't think we need to go through the terms

15  of what's in there that we've worked out, but it's been a long

16  and difficult negotiation.  But hopefully this puts just about

17  everything to bed.

18    THE COURT:  Okay, now, in terms of what happens today,

19  do you have an order that I can enter that has everybody's

20  blessing, or do the changes that you've referred to that need to

21  be made to the budget, need to be reviewed and approved before I

22  can enter an order?

23    MR. SWERGOLD:  No, I don't think so.  I'll say right

24  now because some people might have been here.  The only changes

25  that are being made to the budget is for the professional -- we

1   don't have -- for the professional fees, my client just put in a

2   set number.  I'm not changing the total amount, which is in the

3   cap.  Just because of what went on in July and we have to file

4   fee-ops (phonetic).  There's going to be more due in August and

5   September and than less.  So, I'm just -- we can rollover, but

6   we can't roll back.  So, I'm just changing the allocation of

7   that number.  And we've all agreed that we're taking the total

8   for the year out just because it's confusing because it includes

9   the whole year, including the pre-petition period of what was

10  done on the accounting system.  Those are the only changes.

11          In terms of everything else in the order, everything

12  has been reviewed and everything's agreed.  So, I think just --

13  I'm going to send it out with those two changes.  I don't think

14  there's anything that has to be reviewed.  Everybody is okay

15  with the terms, so you should be able to enter that order for

16  that.

17          THE COURT:  Okay, do you have something to hand up?

18          MR. SWERGOLD:  I don't, Your Honor, because we've made

19  the changes on the laptop here now, and it's still redlined so I

20  want -- and I don't have the right budget.  So, I can email it

21  in.  Given the rain, I should back in my office in about two and

22  half hours.  I can email it in.

23          THE COURT:  This will probably be entered then on

24  Monday.

25          MR. SWERGOLD:  Okay.  That's -- I think everyone is

1  okay with -- we changed all the dates in it to be hard dates not

2  to run from the entry of the order, so that doesn't really

3  change anything.

4          THE COURT:  Fine.

5          MR. SWERGOLD:  And I think we can have everyone's

6  consent to us using cash collateral until Monday based on the

7  terms in the proposed order.

8          MR. FLYNN:  Fine.

9          MR. SCHMIDT:  Fine.

10          MS. METZGER:  Fine.

11          MS. WEISBURG:  Fine.

12          MR. SWERGOLD:  You've got to say, "Yes."

13          MR. FLYNN:  Yes.

14          MR. SCHMIDT:  Yes.

15          MS. METZGER:  Yes.

16          MS. WEISBURG:  Yes.

17          THE COURT:  Okay, everybody has said yes or indicated

18  yes by their body language, and so there's an agreed cash

19  collateral use.  I so order the record; and I'll enter the order

20  in a form that's acceptable to the lenders and to the debtor on

21  Monday.

22          MR. SWERGOLD:  Thank you, Your Honor, and I thank you

23  again for moving Wednesday so that we didn't have to come in, in

24  the last torrential rain.  And we needed the extra time to get

25  it done.

1          THE COURT:  Obviously, you did need that time.

2          MR. SWERGOLD:  And it was only knowing that we had to

3    get it done by a date-certain that we even got it done.

4          THE COURT:  Fine.

5          MR. SWERGOLD:  I'll also be contacted in the same way.

6    We don't need to do that now.  I'll talk to everyone.  I'll get

7    a date probably some time in September because I realized under

8    the monthly compensation order we're required to file fee-op for

9    the period through the end of July.  So, we're all getting that

10   together.  And we'll get a date in September.

11         THE COURT:  Fine.  You can contact my courtroom deputy

12   for that on Monday.

13         MR. SWERGOLD:  I'll make sure it's good for everyone,

14   all right?  And again, on behalf of everyone, Your Honor, I

15   thank you very much for your patience.

16         THE COURT:  Fine.  Very good.  Have a good weekend,

17   everybody.  We're adjourned.

18         (Whereupon, the matter was adjourned at this time.)

19                        *  *  *  *

20

21

22

23

24

25

1        CERTIFICATION

2

3        I, Rochelle Grant, certify that the foregoing is a correct

4    transcript from the official electronic sound recording of the

5    proceedings in the above-entitled matter.

6

7    Dated:   December 23, 2007.

8

9

10

11
                          Signature of Approved Transcriber

12

13

14

15

16

17

18

19

20

21

22

23

24

25